1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  EDWARD RUSH, on behalf of himself and all others similarly situated,

No. C-05-3277 (MHP)

13          Plaintiff,

[PROPOSED] ORDER TO ENLARGE DEFENDANT'S RESPONSE DATE

14     v.

15  INTEL CORPORATION,

16          Defendant.

17

18       IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

19  Plaintiff's complaint shall be due either 60 days after transfer of the above-captioned case

20  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

21  1407, or, in the alternative, 45 days after any such motion has been denied.

22  DATED:  October ___, 2005  _____

23                    Honorable Marilyn H. Patel

24

25

26

SF/21638375.1

Judge Marilyn H. Patel

Case No. C-05-3277 (MHP)